UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-0099-03L

ULISES AYUSO

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Ulises Ayuso, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

ULISES AYUSO,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney and Kristin Mattias, USPO.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-0099-03L

ULISES AYUSO

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Ayuso entered a guilty plea to a five count indictment on October 29, 2002. He was sentenced to 92 months incarceration. Mr. Ayuso was assigned a total offense level of 29 with a criminal history category IV. His guideline range was 121 to 151 months of incarceration. He was granted a three level downward departure making his final offense level 26 with a criminal history category IV. His final guideline range was 92 to 115 months and the court sentenced him to the low end of that range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Ayuso would have a total offense level of 27. His advisory guideline range would be 100 to 125 months. A similar three level departure would give Mr. Ayuso a final advisory guideline range of 77 to 96 months.

According to the Bureau of Prisons, Mr. Ayuso is presently scheduled for release in March 2009. Assuming a sentence reduction was granted by the Court, Mr. Ayuso is

immediately eligible for release. For these reasons the Court should grant this motion.

ULISES AYUSO,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney and Kristin Mattias, United States Probation Officer.

/s/ Mary S. McElroy