UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-0099-03L

ULISES AYUSO

MOTION FOR ENFORCEMENT OF STIPULATION AND FOR EMERGENCY HEARING

NOW comes the defendant, Ulises Ayuso, and moves that this Honorable Court enforce the stipulation entered into by him and the government. The government has agreed to a reduction of is sentence pursuant to 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. The government has further agreed that this reduction would be effective on March 3, 2008. In consideration of this stipulation Mr. Ayuso had waived his right to a hearing under 18 U.S.C. 3582(c)(2) and *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007). In further consideration of the government's stipulation, Mr. Ayuso waived his right to personally appear for any hearing. Mr. Ayuso is requesting that the court enforce the agreed upon date in the attached stipulation and order a reduction of his sentence on March 3, 2008.

Mr. Ayuso also requests that the government be ordered to file an expedited response to this motion since the effective date of the stipulation is March 3, 2008 and the government has agreed to the stipulation in this case.

Ulises Ayuso
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I certify that a copy of the within motion was served upon Luis Matos, First Assistant United States Attorney, and Kristin Mattias USPO on February 29, 2008.

/s/ Mary S. McElroy